IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 10 2023

NATHAN OCHSNER
CLERK OF COURT

Martin Vasquez

    Plaintiff-Appellant,

v.

Capstone Healthcare Estates et al

    Defendant-Appellee.

Civil Action No.4:22-CV-01786

Appeal No.23-20004

## PROCEEDING IN FORMA PAUPERIS

## FEDERAL RULES OF APPELLATE PROCEDURE

### RULE 24

Plaintiff Martin Vasquez filed Motion in the United States District Court, Southern District of Texas, Houston Division. U.S. Magistrate Honorable Judge Keith P. Ellison presiding. Leave to Proceed in Forma Pauperis... states the issues that the party intends to present on appeal. Action on the Motion if the district court grants the motion, the party may proceed on appeal without prepaying or giving security for fees and costs, unless a statute provides otherwise. If the district court denies the motion, it must state its reasons in writing. Plaintiff received no such record in writing. *Prior Approval*. A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense, may proceed on appeal in forma pauperis without further authorization, unless:

(A). the district court—before or after the notice of appeal is filed—certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or

(B). a statute provides otherwise.

(C). *Notice of District Court's Denial*. The district clerk must immediately notify the parties and the court of appeals when the district court does any of the following:

(1). denies a motion to proceed on appeal in forma pauperis;

(2). certifies that the is not taken in good faith; or

(3). Finds that the party is not otherwise entitled to proceed in forma pauperis.

Plaintiff-Appellant has filed notice of appeal in this court and the 5th. Circuit Court of Appeals.

Plaintiff states for the record that district's court statement of reasons never forwarded to plaintiff and therefore leaves the records uncomplete and unfair to plaintiff-appellant case.

*Leave to Use Original record.* A party allowed to proceed on appeal in forma pauperis may request that the appeal be heard on the original record without reproducing any part.

*Indigency.* Has been determined by the district court to proceed on appeal in forma pauperis without the necessity of a redetermination of indigency, while reserving to the district court its statutory authority to certify that the appeal is not taken in good faith, ***28 U.S. CODE subsection-1915(a), and permitting an inquiry into whether the circumstances of the party who was originally entitled to proceed in forma pauperis have changed during the course of litigation. Rule 26.*** The paragraph establishes a subsequent motion in the court of appeals, rather than a appeal from the order of denial or from the certification of lack of good faith, as the proper procedure for calling in question the correctness of the action of the district court. The simple and expeditious motion procedure seems clearly preferable to an appeal. Applies only to applications for leave to appeal in forma pauperis. The order of a district court refusing leave to initiate an action in the district court in forma pauperis is reviewable on appeal. ***Roberts v. United States District Court, 339 U.S. 844, 70 S.Ct. 954, 94 L.Ed. 1326 (1950).***

## RELIEF SOUGHT

Plaintiff-Appellant respectfully request of the U.S. District Court For The Southern District of Texas, Houston Division. Magistrate Judge Keith P. Ellison, Post Office Box 61010, Houston, Texas 77028 to respond for the record appropriately under Federal Rules Civil Procedures and Federal Rule of Appellate Procedure Rule 24.

## CERTIFICATE OF SERVICE

As required by the rules 6.3 and 9.5(b), (d), €), I certify that I have served this document on United States District Court, Southern District of Texas, Houston Division. Magistrate Judge Keith P. Ellison, Post Office Box 61010, Houston, Texas 77028 by U.S. Postal mail on 1/20/23.

Respectfully, submitted.

Martin Vasquez

Plaintiff – Appellant

IN THE UNITED STTATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

Martin Vasquez

    Plaintiff-Appellant,                      Civil Action No. 4:22cv01786

v.                                                              Appeal No.23-20004

Capstone Healthcare Estates

Et al

    Defendant-Appellee.

---

01/21/2023

United States District Court-Clerk

515 Rusk St

Houston, TX 77002

RE: Records

Dear Clerk:

    Enclosed please find Plaintiff-Appellant Motion for Proceeding In Forma Pauperis, Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis, Appellant Motion for Extension of Time in the above styled and numbered cause. Please file this, and bring to the attention of the Honorable Court.

    Your assistance in this matter is greatly appreciated.

Sincerely,

26915 Springwood Drive Unit C

Magnolia, TX 77354

[Stamp: U.S. COURT OF APPEALS RECEIVED FEB 10 2023 FIFTH CIRCUIT]

Martin Vasquez
26915 Springwood Dr Unit C
Magnolia TX. 77354

Please See In Di

U.S.D.C. of Appeals
5th Circuit
Office of The Clerk
F. Edward Hebert Bldg
600 S. Maestri Place
New Orleans, LA 70130-3408

United States Court of Appeals

FIFTH CIRCUIT

OFFICE OF THE CLERK



Martin Vasquez

    Plaintiff-Appellant,

v.

Capstone Healthcare Estates

et al

    Defendant-Appellee.

Appeal No. 23-20004

Civil Action No. 4:22cv01786

---

01/21/2023

United States Court of Appeals-Clerk

600 S. Maestri Place

New Orleans, LA 70130

Dear Clerk:

    Enclosed please find Plaintiff-Appellant Motion for Proceeding in Forma Pauperis, Motion for Extension of Time Within Which to File Petition for Appeal, Proceeding in Forma Pauperis, Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis, and motions filed in the U.S.D.C. Southern District of Texas, Houston Division. (1). Appellant Motion for Extension of Time Within Which to File Petition for Appeal, (2). Motion For Reconsideration, (3). Petition For Pre-Complaint Discovery, Memorandum in Support of Plaintiff Motion for Scheduling Order, (4). [RECORDS:]. a. Correct Address, (b). notice to Mr. Arturo Rivera, U.S.D.C.-Clerk, (c). Good Faith Certificate, (d). Proof of Serving each Defendant "certified mail" (e), Medical records, (f). Response from Law Firm, (g). Five (5) Certificate of Service copies.

    Your assistance in this matter is greatly appreciated.

    Sincerely, *[signature]*

26915 Springwood Drive Unit.C

Magnolia, TX 77354

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 16, 2023

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 23-20004    Vasquez v. Capstone Healthcare
                          USDC No. 4:22-CV-1786

Dear Mr. Ochsner,

Enclosed please find pro se's motion for leave to proceed in forma pauperis and motion for reconsideration which was sent to this court. Please note that in forma pauperis status was previously granted on July 22, 2022 and pro se is currently proceeding in forma pauperis on appeal. We are routing these two motions that where received in our court on February 10, 2022 as they are addressed to the district court.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Shawn D. Henderson, Deputy Clerk
                                        504-310-7668

cc:
    Mr. Martin Vasquez